## STATEMENT OF FACTS

On Tuesday, June 20, 2006, at about 6:46 p.m., sworn officers with the Metropolitan Police Department's Narcotics Special Investigation Division were conducting "buy-bust" operations in the area of the 300 block of 50th Street, N.E., Washington, D.C. While in the area, an undercover officer purchased a quantity of crack cocaine and heroin from 2 subjects. When officers moved in to stop the subjects, they saw the defendant, Kevin Miller standing beside one of the subjects. When the defendant saw officers, he ran. The defendant was holding his right side waistband as he ran from officers. While chasing the defendant, officers saw the defendant remove a handgun from his waistband and toss it up against an apartment wall. The handgun landed in the grass. Officers stopped the defendant. Officers recovered a loaded Bryco Arms 9mm semi-automatic pistol from the area they saw the defendant toss the handgun. The defendant was placed under arrest. A search of the defendant revealed a black mask in his pocket. To the best of the undersigned officer's knowledge, defendant Kevin Miller has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of Columbia, Criminal Case No. _____. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Bryco 9mm semi-automatic pistols nor ammunition manufactured in the District of Columbia.

_____
OFFICER DINO MCFADDEN
NARCOTICS SPECIAL INVESTIGATION DIVISION,
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF JUNE, 2006.

_____
U.S. MAGISTRATE JUDGE